PROB 12C
(7/93)

Report Date: November 6, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**NOV 07 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Angel Larios-Verduzco     Case Number: 0980 2:11CR02133-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 13, 2002

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute methamphetamine, 21 U.S.C. § 846 and 841(b)(1)(a); Possession of Methamphetamine, 21 U.S.C. § 841(b)(1)(a) and 18 U.S.C § 2 |
| Original Sentence: | Prison 120 months  TSR - 60 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Rick Lee Hoffman |

Type of Supervision: Supervised Release

Date Supervision Commenced: April 3, 2009

Date Supervision Expires: April 2, 2014

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Supporting Evidence**: Miguel Angel Larios-Verduzco failed to report and submit his monthly supervision report form on October 1, and 18, 2013, and November 4, 2013.

On September 3, 2013, the defendant reported for an office visit and was directed to report on October 1, 2013. Although Mr. Larios-Verduzco stated he understood, he failed to report as directed.

On October 16, 2013, the undersigned officer contacted the defendant by phone and directed him to report for an office visit by October 18, 2013. Mr. Larios-Verduzco once again stated he understood, but he failed to show.

On October 31, 2013, several attempts were made to contact the defendant by phone but all were met with negative results. Several messages were left on his cell phone, his brother's cell phone, and his girlfriend's cell phone, but there were no responses.

Prob12C
Re: Larios-Verduzco, Miguel Angel
November 6, 2013
Page 2

On November 1, 2013, the undersigned officer conducted a home visit, but there was no answer at the door. Business cards were left on the door jamb and in his mailbox, with instructions for the defendant to report for an office visit on November 4, 2013, at 1 p.m., but he once again failed to report. To date, Mr. Larios-Verduzco has failed to report or contact his supervising probation officer.

2 **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Miguel Angel Larios-Verduzco was arrested on October 21, 2013, for third degree driving with license suspended, Sunnyside Municipal Court case number 75507.

The defendant was released from custody on October 23, 2013, and was scheduled to appear in court for an arraignment on November 5, 2013, but he failed to show. Court personnel advised a summons was ordered by the court requiring Mr. Larios-Verduzco to appear on November 26, 2013.

3 **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Miguel Angel Larios-Verduzco had contact with law enforcement officers on May 12, and October 21, 2013, and failed to notify his supervising probation officer within seventy-two hours.

On May 12, 2013, the defendant was cited for having an open alcoholic container, Sunnyside Municipal Court case number 3Z0350929. Court records indicate a judgment and commitment was entered on June 18, 2013, and a $176 fine was imposed. On August 12, 2013, Mr. Larios-Verduzco reported for an office visit and related he did not think he needed to report the incident, as it was minor in nature.

On October 21, 2013, the defendant was arrested, as noted in violation number 2, and failed to notify his supervising probation officer within seventy-two hours.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/06/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

Prob12C
Re: Larios-Verduzco, Miguel Angel
November 6, 2013
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____Nov 7, 2013_____
Date